# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JERRY D. POUGH,

    *Petitioner*,

vs.

DOUG GILLESPIE, *et al.,*

    *Respondents*.

2:13-cv-00644-JCM-NJK

ORDER

    In this habeas matter, the court had contemplated that the marshal and counsel would proceed with more alacrity. Accordingly,

    IT IS ORDERED that the clerk shall SEND a copy of this order to the **marshal** for service and that, within **seven (7) days** of entry of this order, the marshal shall SERVE the respondent **Sheriff Douglas C. Gillespie, at the Las Vegas Metropolitan Police Department, 3141 Sunrise Avenue, Las Vegas, Nevada 89101**, or wherever he otherwise may be served most efficiently by the marshal.

    IT FURTHER IS ORDERED that counsel for the sheriff shall enter a notice of appearance in the district court within **fourteen (14) days** of service of this order and shall review the status of the appellate proceeding in No. 14-15412 in the court of appeals with respect to any appropriate action to be taken therein, including a notice of appearance, with regard to petitioner's efforts to obtain federal intervention in the pending criminal proceedings in No. C-12-281031-1 in the state district court.

IT FURTHER IS ORDERED that, within **twenty-one (21)** days of entry of this order counsel with the state attorney general shall enter a notice of appearance in the district court, and that said counsel shall review the status of the above-referenced appellate proceeding with respect to any appropriate action to be taken therein, including a notice of appearance.

IT FURTHER IS ORDERED that no additional response is required from respondents, other than to respond to any orders of a reviewing court.[1]

IT FURTHER IS ORDERED that, following upon the filing of a notice of appearance by each counsel in the district court, the clerk shall provide the respective counsel copies of all filings herein up to counsel's notice of appearance, either by regeneration of notices of electronic filing to counsel or by such other method consistent with the clerk's current practices.

DATED:   June 17, 2014.

_____
JAMES C. MAHAN
United States District Judge

---

[1] The court leaves to respondents' counsel the matter of who will take the lead role on appeal if a response is directed by the court of appeals.